(Official Form 1) (10/05) West Group, Rochester, NY

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** District of **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Jones, Joe E.** | **Amos-Jones, Tracy L.** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **NONE** | **NONE** |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **2753** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): **9084** |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **309 Comstock Street** **Joliet IL** | ZIPCODE **60436** | Street Address of Joint Debtor (No. & Street, City, and State): **309 Comstock Street** **Joliet IL** | ZIPCODE **60436** |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: **Will** |
|---|---|

| Mailing Address of Debtor (if different from street address): **SAME** | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME** | ZIPCODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (If different from street address above): **NOT APPLICABLE** | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

_State type of entity:_
_____

**Nature of Business**

(Check **all** applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☒ Chapter 13

**Nature of Debts** (Check one box)

- ☒ Consumer/Non-Business
- ☐ Business

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official form No. 3A.
- ☐ Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05) West Group, Rochester, NY                                                        FORM B1, Page  2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Joe E. Jones and*<br>*Tracy L. Amos-Jones* |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** | (If more than one, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code.<br><br>**X** */s/ Richard S. Bass*<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?<br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**<br><br>☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue**     (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) West Group, Rochester, NY                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Joe E. Jones and* |
| | *Tracy L. Amos-Jones* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Joe E. Jones*
Signature of Debtor

X  */s/ Tracy L. Amos-Jones*
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X  _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney**

X  */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass*
Firm Name

*2021 Midwest Road*
Address

*Oak Brook IL   60521*

*630-953-8655*
Telephone Number

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X  _____

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

FORM B6A (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_ _____/ Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _309 Comstock Street   Joliet IL. (Debtor residence)_ _Debtor residence_ | Debtor residence. | H | $ 150,000.00 | $ 140,900.00 |
| | | | | |

No continuation sheets attached

**TOTAL $**    | 150,000.00 |

**(Report also on Summary of Schedules.)**

In re *Joe E. Jones and Tracy L. Amos-Jones* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | *Cash* *Location: In debtor's possession* | J | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking: Chase Bank* *Location: In debtor's possession* *Savings: Chase Bank* *Location: In debtor's possession* | J  J | $ 300.00  $ 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures* *Location: In debtor's possession* | J | $ 500.00 |
| 6. Wearing apparel. | | *Misc used personal clothing* *Location: In debtor's possession* | J | $ 600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *Pension-Retirement Plan (Husband employer plan)* *Location: In debtor's possession* | H | $ 4,675.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | *1994 Toyota Tercel* *Location: In debtor's possession* | H | $ 1,500.00 |
| | | *1998 Chevy Venture* *Location: In debtor's possession* | J | $ 6,000.00 |

In re _Joe E. Jones and Tracy L. Amos-Jones_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | | |
| 27. Aircraft and accessories. | X | | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | | |
| 30. Inventory. | X | | | | |
| 31. Animals. | X | | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | | |
| 33. Farming equipment and implements. | X | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | | |

Page ___3___ of ___3___

Total ➡    $ 14,125.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *Joe E. Jones and Tracy L. Amos-Jones*                     / Debtor          Case No. _____

                                                                                                (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $125,000.

(Check one box)

☐ 11 U.S.C. § 522(b) (2):

☒ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *309 Comstock Street   Joliet IL.* *(Debtor residence)* | *735 ILCS 5/12-901* | *$ 30,000.00* | *$ 150,000.00* |
| *Cash* | *735 ILCS 5/12-1001(b)* | *$ 50.00* | *$ 50.00* |
| *Checking: Chase Bank* | *735 ILCS 5/12-1001(b)* | *$ 300.00* | *$ 300.00* |
| *Savings: Chase Bank* | *735 ILCS 5/12-1001(b)* | *$ 500.00* | *$ 500.00* |
| *Misc used personal items, books and pictures* | *735 ILCS 5/12-1001(a)* | *$ 500.00* | *$ 500.00* |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | *$ 600.00* | *$ 600.00* |
| *Pension-Retirement Plan* *(Husband employer plan)* | *735 ILCS 5/12-1006* | *$ 4,675.00* | *$ 4,675.00* |
| *1994 Toyota Tercel* | *735 ILCS 5/12-1001(c)* | *$ 1,500.00* | *$ 1,500.00* |
| *1998 Chevy Venture* | *735 ILCS 5/12-1001(c)* | *$ 3,300.00* | *$ 6,000.00* |

FORM B6D (10/05) West Group, Rochester, NY

In re Joe E. Jones and Tracy L. Amos-Jones _____ / Debtor     Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 8425<br>Creditor # : 1<br>Chase Home Finance<br>Attn Bankruptcy Dept<br>3415 Vision Drive<br>Columbus OH 43219-6009 | H | 2006<br>Mortgage Arrears<br>309 Comstock Street   Joliet IL.<br>(Debtor residence)    Mortgage<br>ARREARS paid INSIDE The Plan<br>Value: $ 150,000.00 | | | | $ 4,000.00 | $ 0.00 |
| Account No: 8425<br>Creditor # : 2<br>Chase Home Finance<br>Attn Bankruptcy Dept<br>3415 Vision Drive<br>Columbus OH 43219-6009 | H | 2005<br>Mortgage<br>309 Comstock Street   Joliet IL.<br>(Debtor residence)   Curent<br>Payment OUTSIDE The Plan<br>Value: $ 150,000.00 | | | | $ 136,900.00 | $ 0.00 |
| Account No: 1898<br>Creditor # : 3<br>CNAC Financial<br>Attn: Bankruptcy Dept<br>2345 N. Jefferson St<br>Joliet IL 60435 | J | 8/05<br>Purchase Money Security<br>1998 Chevy Venture (To be paid INSIDE The Plan)<br>Value: $ 6,000.00 | | | | $ 7,500.00 | $ 1,500.00 |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $   148,400.00
(Total of this page)

Total $   148,400.00
(Use only on last page)

FORM B6E (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_ **continuation sheets attached**

FORM B6E (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_____/ Debtor   Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Domestic Support Obligations*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *Creditor # : 1 Illinois Dept of Revenue Atn: Bankruptcy Dept Level 7-4 PO Box 19407 Springfield IL 62794-9407* | W | *12/3/102 Notice to other location Wife State Tax debt for tax year ending 12/31/02* | | | | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _2_ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal $ _____
(Total of this page)
Total $ _____
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br>_Creditor # : 2_<br>_Illinois Dept of Revenue_<br>_Attn Bankruptcy Level-13_<br>_100 W. Randolph St_<br>_Springfield IL 60606_ | W | _12/31/02_<br>_State income taxes_<br>_Wife State Tax debt fotr tax_<br>_year ending 12/31/02_ | | | | $ 860.00 | $ 860.00 |
| Account No:<br>_Creditor # : 3_<br>_Internal Revenue Service_<br>_Attn Bankruptcy Dept_<br>_200 S. Adams St  #2300_<br>_Chicago IL 60606-5208_ | J | _Notice to other location_<br>_Notice to othe rlocation of_<br>_creditor_ | | | | $ 0.00 | $ 0.00 |
| Account No:<br>_Creditor # : 4_<br>_Internal Revenue Service_<br>_Mail Stop 5010 CHI-Bankruptcy_<br>_230 S. Dearborn St._<br>_Chicago IL 60604_ | H | _12/31/05_<br>_Federal income taxes_<br>_Husband tax debt Tax year_<br>_12/31/05_ | | | | $ 370.00 | $ 370.00 |
| Account No:<br>_Creditor # : 5_<br>_Internal Revenue Service_<br>_Mail Stop 5010 CHI-Bankruptcy_<br>_230 S. Dearborn St._<br>_Chicago IL 60604_ | W | _12/31/05_<br>_Federal income taxes_<br>_Wife tax debt  Tax year 12/31/05_ | | | | $ 900.00 | $ 900.00 |
| Account No: _8355_<br>_Creditor # : 6_<br>_NCO Collections_<br>_Acct: Illinois Dept Revenue_<br>_PO Box 15270_<br>_Wilmington DE 19850_ | W | _2006_<br>_Notice to Collector_<br>_Collection for Illinois Dept of_<br>_Revenue_ | | | | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  _2_  of  _2_  sheets attached to Schedule of Creditors

Holding Priority Claims

Subtotal $    2,130.00

(Total of this page)

Total $    2,130.00

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

FORM B6F (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   9084<br>_Creditor # : 1_<br>_ACS Stafford Student Loan_<br>_Attn: Bankruptcy Dept_<br>_PO Box 7051_<br>_Utica NY 13504-7051_ | W | _2000_<br>_Student Loan_ | | | | $ 3,312.00 |
| Account No:   3402<br>_Creditor # : 2_<br>_Academy Collection Sv_<br>_Acct: Capital One_<br>_10965 Decatur Rd_<br>_Philadelphia PA 19154-3210_ | W | _1996_<br>_Collection_ | | | | $ 426.00 |
| Account No:   4663<br>_Creditor # : 3_<br>_AMO Recoveries_<br>_Acct: Central Professional Grp_<br>_6737 W. Washington St #1318_<br>_West Allis WI 53214_ | H | _2006_<br>_Collection_ | | | | $ 180.00 |
| Account No:   8727<br>_Creditor # : 4_<br>_Arrow Financial Service_<br>_Acct: First Premier Bank_<br>_5996 W. Touhy_<br>_Niles IL 60714-4610_ | W | _2006_<br>_Collection_ | | | | $ 748.00 |

_8_ continuation sheets attached

Subtotal $ | 4,666.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_ _____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: 9600<br>Creditor # : 5<br>Aspen Mastercard<br>Attn: Bankruptcy Dept<br>PO Box 105555<br>Atlanta  GA 30348-5555 | H | 2000-06<br>Credit Account | | | | | $ 265.00 |
| Account No: 7662<br>Creditor # : 6<br>Aspire Visa<br>Attn Bankruptcy Dept<br>PO Box 105555<br>Atlanta  GA 30348-5555 | W | 2000-06<br>Credit Account | | | | | $ 392.00 |
| Account No: 1665<br>Creditor # : 7<br>AT&T Broadband<br>Attn Collection Dept<br>PO Box 173885<br>Denver CO 80217-3885 | W | 2001<br>Unsecured | | | | | $ 146.00 |
| Account No: 3709<br>Creditor # : 8<br>Avalon Receivables<br>Acct: Payday Express<br>PO Box 959084<br>Hoffman Estates IL 60195 | W | 20002<br>Collection | | | | | $ 225.00 |
| Account No: 3450<br>Creditor # : 9<br>Baker. Miller Markoff Krasny<br>Acct: Cottonwood Financial<br>11 S. LaSalle St.  10th Floor<br>Chicago IL 60603-1203 | W | 2000<br>Collection | | | | | $ 400.00 |
| Account No: 8290<br>Creditor # : 10<br>Chadwicks of Boston<br>PO Box 4400<br>Taunton MA 02780-7359 | W | 1999<br>Credit Account | | | | | $ 524.00 |

Sheet No. _1_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     1,952.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: **5383**<br><br>Creditor # : 11<br>Chex Systems<br>Acct: First Midwest Bank<br>1550 E. 79th St<br>Minneapolis MN 55425 | | W | 1999<br>Collection | | | | $ 744.00 |
| Account No: **7521**<br><br>Creditor # : 12<br>CitiFinancial Service<br>Attn: Bankruptcy Dept<br>3078 Caton Farm Road<br>Joliet IL 60535 | | H | 2006<br>Deficiency on vehicle<br>1994 BMWil Repossessed 7/06<br>Estimate of deficiency on auto | | | | $ 11,000.00 |
| Account No: **7852**<br><br>Creditor # : 13<br>Coldata Corp<br>Acct: Prime Co Communications<br>PO Box 2998<br>Valley Stream NY 11582 | | W | 2000<br>Collection | | | | $ 219.00 |
| Account No: **3411**<br><br>Creditor # : 14<br>Collectech Systems<br>Acct:Nationwide Equipment Co<br>PO Box 4157<br>Woodland Hills CA 91365 | | W | 1996<br>Collection | | | | $ 80.00 |
| Account No: **2616**<br><br>Creditor # : 15<br>Collection Professionals Inc<br>Acct: Plainfield Pediatric<br>PO Box 841<br>Joliet IL 60434-0841 | | W | 2006<br>Collection | | | | $ 858.00 |
| Account No:<br><br>Creditor # : 16<br>Continental Collection Bureau<br>Acct: Wilson Suede & Leather<br>PO Box 40441<br>Rochester NY 14604-0941 | | W | 1999<br>Collection | | | | $ 216.00 |

Sheet No. **2** of **8** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     13,117.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:    *1665* Creditor # : 17 Credit Protection Associates Acct: AT&T Broadband 13355 Noel Rd Dallas TX 75240 | W | | 20001 Notice to Collector | | | | $ 0.00 |
| Account No:    *8921* Creditor # : 18 Creditor Discount & Audit Acct: Dr. David Rubis PO Box 213 Streator IL 61364 | J | | 2000 Collection | | | | $ 259.00 |
| Account No:    *6205* Creditor # : 19 Creditor Discount & Audit Acct: Health Service Systems PO Box 213 Streator IL 61364 | H | | 2000 Collection | | | | $ 137.00 |
| Account No:    *4234* Creditor # : 20 Creditors Collection Bureau Acct: Digestive Disease Clinic PO Box 1210 Oaks PA 19456 | H | | 2006 Medical Bills | | | | $ 249.00 |
| Account No:    *4233* Creditor # : 21 Creditors Collection Bureau Acct: Digestive Disease Clinic PO Box 1210 Oaks PA 19456 | H | | 2006 Medical Bills | | | | $ 40.00 |
| Account No:    *2088* Creditor # : 22 First National Collection Bur. Acct: Cross Country Bank 610 Waltham Way Sparks NV 89434 | W | | 2006 Collection | | | | $ 1,222.00 |

Sheet No.   _3_ of   _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   1,907.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  _3611_<br>Creditor # : 23<br>G.R.S. Inc<br>Acct: Pay Day (Bolingbrook)<br>9415 S. Western Ave  #100<br>Chicago IL 60620 | W | 2006<br>Collection | | | | $ 0.00 |
| Account No:  _2001_<br>Creditor # : 24<br>GC Services Collections<br>Acct: AT&T<br>6330 Gulfton<br>Houston TX 77081 | W | 2006<br>Collection | | | | $ 168.00 |
| Account No:  _7979_<br>Creditor # : 25<br>Global Control Inc<br>Acct: Citzens Utlity Co<br>PO Box 750<br>Geneva OH 44041 | W | 2003<br>Notice to Collector | | | | $ 453.00 |
| Account No:  _5586_<br>Creditor # : 26<br>Harvard Collection<br>Acct: ILL Dept Public Aid<br>4839 N. Elston Ave<br>Chicago IL 60630 | W | 1999<br>Collection | | | | $ 0.00 |
| Account No:  _2044_<br>Creditor # : 27<br>Health Service System<br>Acct: Silver Cross Med Ctr<br>PO Box 68<br>Joliet IL 60432 | W | 2000<br>Medical Bills | | | | $ 241.00 |
| Account No:  _9377_<br>Creditor # : 28<br>Health Service Systems<br>PO Box 68<br>Joliet IL 60434-0068 | W | 1996<br>Medical Bills | | | | $ 93.00 |

Sheet No.  _4_  of  _8_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    955.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   0147<br>Creditor # : 29<br>Illinois Collection Svc<br>Acct: Loyola Univ Physicians<br>PO Box 646<br>Oak Lawn IL 60454-0646 | W | 2001<br>Collection | | | | $ 0.00 |
| Account No:   8432<br>Creditor # : 30<br>Illinois Collection Svc<br>Acct: Loyola Univ Phys<br>PO Box 646<br>Oak Lawn IL 60454-0646 | W | 2002<br>Notice to Collector | | | | $ 0.00 |
| Account No:   9084<br>Creditor # : 31<br>Illinois Dept Employ Security<br>Attn Bankruptcy Dept<br>PO Box 6996  Banking Unit<br>Chicago IL 60680 | W | 2004-05<br>Overpayment of Benefits<br>Overpayment of Benefits-Wife | | | | $ 1,920.00 |
| Account No:   9804<br>Creditor # : 32<br>Illinois Dept of Public Aid<br>Attn Child Support Enforcement<br>PO Box 19119<br>Springfield IL 62794-9119 | W | 2005<br>Overpayment of Benefits | | | | $ 200.00 |
| Account No:   9292<br>Creditor # : 33<br>Law Office Heller & Frisone<br>Acct: Jewel Food Store<br>33 N. LaSalle St  #300<br>Chicago IL 60603-1203 | W | 1999<br>Collection | | | | $ 43.00 |
| Account No:<br>Creditor # : 34<br>Law Office of Wexler & Wexler<br>Acct: Empress Casino Joliet<br>500 W. Madison St  #2910<br>Chicago IL 60661 | W | 2000<br>Collection<br>DuPage County Suit 00 SC 3531 | | | | $ 3,100.00 |

Sheet No.   5   of   8   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    5,263.00<br>(Total of this page)<br>Total $<br>(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   *1090*<br>*Creditor # : 35*<br>*Loyola Univ Phyisician Fdn*<br>*Attn: Patient Accts*<br>*PO Box 95994*<br>*Chicago IL 60694-5009* | W | *2001*<br>*Medical Bills* | | | | *$ 30.00* |
| Account No:<br>*Creditor # : 36*<br>*Loyola Univ Phyisician Fdn*<br>*Attn: Patient Accts*<br>*PO Box 95994*<br>*Chicago IL 60694-5009* | W | *2002*<br>*Medical Bills* | | | | *$ 57.00* |
| Account No:   *7005*<br>*Creditor # : 37*<br>*MCI Phone*<br>*PO Box 17890*<br>*Denver CO 80217-0890* | J | *2006*<br>*Phone Service* | | | | *$ 126.00* |
| Account No:   *6478*<br>*Creditor # : 38*<br>*NCO Collections*<br>*Acct: ILL Dept of Public Aid*<br>*15270*<br>*Wilmington DE 19850* | W | *2006*<br>*Collection* | | | | *$ 0.00* |
| Account No:   *5623*<br>*Creditor # : 39*<br>*Nicor Gas*<br>*Attn Bankruptcy Dept*<br>*PO Box 549*<br>*Aurora IL 60507-0000* | H | *2005-06*<br>*Utility Bills*<br>*Account 94 03 73 0562 3* | | | | *$ 800.00* |
| Account No:   *2753*<br>*Creditor # : 40*<br>*Park Dansan Collection*<br>*Acct: MCI Communications*<br>*113 W. Third Ave*<br>*Gastonia  NC 28052* | W | *2006*<br>*Notice to Collector* | | | | *$ 0.00* |

Sheet No.   *6* of   *8* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *1,013.00*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  Joe E. Jones and Tracy L. Amos-Jones                    / Debtor          Case No._____
                                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Code btor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    2753 | H | | 2006 | | | | $ 781.00 |
| Creditor # : 41 Pay Day Loan Store Attn: Bankruptcy Dept 1551-A Plainfield Rd Joliet IL 60435 | | | Loan | | | | |
| Account No:    6542 | W | | 1999 | | | | $ 226.00 |
| Creditor # : 42 Peninsula Credit Bureau Acct: Newport News Inc PO Box 6497 Newport News VA 23606-00 | | | Collection | | | | |
| Account No:    1013 | H | | 2003 | | | | $ 90.00 |
| Creditor # : 43 Primary Care Phys Essington 36153 Treasury Center Chicago IL 60694-6100 | | | Medical Bills | | | | |
| Account No:    3786 | H | | 2002 | | | | $ 90.00 |
| Creditor # : 44 Primary Care Physicians 36153 Treasury Center Chicago IL 60694-6100 | | | Medical Bills | | | | |
| Account No:    1148 | W | | 1999 | | | | $ 228.00 |
| Creditor # : 45 Professional Account Mgmt Acct: TCF Bank PO Box 391 Milwaukee WA 53201-0391 | | | Collection | | | | |
| Account No:    9934 | W | | 1996 | | | | $ 223.00 |
| Creditor # : 46 Professional American Collecti Acct: Enterprse Rent A Car 101 Overland Drive North Aurora IL 60542 | | | Collection | | | | |

Sheet No.    7  of    8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          1,638.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  _Joe E. Jones and Tracy L. Amos-Jones_ _____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:   8041 | | W | 2006 | | | | $ 86.00 |
| Creditor # : 47 Receivable Performance Corp Attn: Sprint PCS 1930 220th SE   #101 Bothell WA 98021 | | | Collection | | | | |
| Account No:   1371 | | W | 2006 | | | | $ 896.00 |
| Creditor # : 48 Risk Managaement Alternative Acct: WFNNB PO Box 105236 Atlanta  GA 30348-000 | | | Collection | | | | |
| Account No:   5590 | | W | 1995 | | | | $ 42.00 |
| Creditor # : 49 Silver Cross Hospital Attn Patient Accts 1200 Maple St Joliet IL 60432 | | | Medical Bills | | | | |
| Account No:   9084 | | W | 2000 | | | | $ 4,427.00 |
| Creditor # : 50 U.S. Dept of Education Attn Bankruptcy Dept PO Box 5609 Greenville TX 75403-5609 | | | Student Loan Wife student loan | | | | |
| Account No:   0247 | | W | 2005 | | | | $ 1,473.00 |
| Creditor # : 51 University of Phoenix Attn: Corp Process-Collection 4615 East Elwod Phoenix  AZ 85040 | | | Tuition Tuition Fees  (Wife) | | | | |
| Account No:   8130 | | H | 1996 | | | | $ 202.00 |
| Creditor # : 52 Xelco Collection Service Acct: Joliet Emergency Phys PO Box 378130 Denver CO 80237-8130 | | | Collection | | | | |

Sheet No.   8  of   8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 7,126.00 |
| **Total $** (Report total also on Summary of Schedules) | 37,637.00 |

FORM B6G (10/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_ _____ / Debtor          Case No. _____

                                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor          Case No. _____

                                                                                            (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (11/05) West Group, Rochester, NY

In re _Joe E. Jones and Tracy L. Amos-Jones_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | *son* | *14yr* |
| | *son* | *7yr* |
| | *son* | *3yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Material Handler* | *School Bus Driver* |
| Name of Employer | *Exelon-Com Ed* | *First Student Transportation* |
| How Long Employed | *15 years* | *3 years* |
| Address of Employer | *3700 N. California St* *Chicago IL   60600* | *\** *Crest Hill IL   60401* |

| Income: (Estimate of average monthly income) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *4,537.00* | $ | *1,061.67* |
| 2. Estimated Monthly Overtime | $ | *0.00* | $ | *0.00* |
| 3. SUBTOTAL | $ | *4,537.00* | $ | *1,061.67* |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | *1,193.83* | $ | *130.00* |
| b. Insurance | $ | *491.83* | $ | *0.00* |
| c. Union Dues | $ | *0.00* | $ | *0.00* |
| d. Other  (Specify): | $ | *0.00* | $ | *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *1,685.67* | $ | *130.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *2,851.33* | $ | *931.67* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| 8. Income from Real Property | $ | *0.00* | $ | *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ | *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| 11. Social Security or other government assistance | | | | |
| Specify: | $ | *0.00* | $ | *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ | *0.00* |
| 13. Other monthly income | | | | |
| Specify: | $ | *0.00* | $ | *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *0.00* | $ | *0.00* |
| 15. TOTAL MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | *2,851.33* | $ | *931.67* |
| 16. TOTAL COMBINED MONTHLY INCOME: | $ | *3,783.00* | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

FORM B6J (11/05) West Group, Rochester, NY

In re  _Joe E. Jones and Tracy L. Amos-Jones_____ / Debtor          Case No. _____
                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,171.00 |
| a. Are real estate taxes included?  Yes ☒  No ☐ | |
| b. Is property insurance included?  Yes ☒  No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 150.00 |
| b. Water and sewer | $ 50.00 |
| c. Telephone | $ 55.00 |
| d. Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| 3. Home maintenance (Repairs and upkeep) | $ 40.00 |
| 4. Food | $ 850.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 40.00 |
| 8. Transportation (not including car payments) | $ 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 45.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 100.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify)  _Child Support (Paid)_ | $ 150.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other: _Auto repair & upkeep_ | $ 40.00 |
| c. Other: | $ 0.00 |
| d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: _Personal care items and groom_ | $ 40.00 |
| Other: _Newspapers, subscription misc_ | $ 45.00 |
| Other: _School expense, books, uniform_ | $ 50.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,231.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Total monthly income from Line 16 of Schedule I | $ 3,783.00 |
| b. Total monthly expenses from Line 18 above | $ 3,231.00 |
| c. Monthly net income (a. minus b.) | $ 552.00 |

FORM B6 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Joe E. Jones and Tracy L. Amos-Jones*

Case No.

Chapter *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      150,000.00 | | |
| B-Personal Property | *Yes* | *3* | $       14,125.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      148,400.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *3* | | $        2,130.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *9* | | $       37,637.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        3,783.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        3,231.00 |
| TOTAL | | | $      164,125.00 | $      188,167.00 | |

AMOUNTS SCHEDULED (spans ASSETS, LIABILITIES, OTHER)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Joe E. Jones and Tracy L. Amos-Jones*

Case No.

Chapter  *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *2,130.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *7,739.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *9,869.00* |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

In re _Joe E. Jones and Tracy L. Amos-Jones_ _____ / Debtor    Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____23____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____        Signature  _/s/ Joe E. Jones_ _____
                                          _Joe E. Jones_

Date: _____        Signature  _/s/ Tracy L. Amos-Jones_ _____
                                          _Tracy L. Amos-Jones_

Form 7 (10/05)  West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:*Joe E. Jones*
   *and*
   *Tracy L. Amos-Jones*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

*Year to date:$30,996.00*        *Wages from employment   (2006-Husband)*
  *Last Year:$56,809.00*        *Same  2005*
*Year before:$49,512.00*        *Same  2004*

---

*Year to date:$5,270.00*        *Wages from employment  2006-Wife*
  *Last Year:$15,000.00 appr*        *Same  2005*
*Year before:$15,000.00 appr*        *Same  2004*

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Empress Casino Joliet Corp vs. Tracy Amos-Jones 00 SC 3531* | *Collection* | *Will County Illinois* | *Judgment and wage garnishment issued* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: CitiFinancial Services Address: See Creditor Schedule F* | *7/06* | *Description: 1994 BMWil* |

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the debtors are separated and a joint petition is not filed.)

☒ NONE

---

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass*<br>*Address:*<br>*2021 Midwest Road*<br>*Oak Brook, IL 60521* | *Date of Payment:*<br>*Payor: Joe E. Jones* | *$650.00* |

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

☒ NONE

---

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

☒ NONE

## 14. Property held for another person

List all property owned by another person that the  debtor  holds  or  controls.

☒ NONE

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address  of  either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Joe & Tracy Amos Jones Address: 1861 Asbury Circle  Apt 108 Joliet IL. 60435* | *Name(s): Same as on pettion* | *2002-2005* |

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

☒ NONE

---

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

---

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

---

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒ NONE

---

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒ NONE

---

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

---

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

---

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

---

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

---

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

---

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

---

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

---

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

☒ NONE

---

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE

---

☒ NONE

---

Form 7 (10/05)   West Group, Rochester, NY

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _____    Signature  */s/ Joe E. Jones* _____
                          of Debtor

Date  _____    Signature  */s/ Tracy L. Amos-Jones* _____
                          of Joint Debtor
                          (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re    *Joe E. Jones*                 Case No.
         *and*                         Chapter *13*
      *Tracy L. Amos-Jones*

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *2,700.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ _____ *650.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *2,050.00*

3. $ _____ *274.00* _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated:                       Respectfully submitted,

                     X */s/ Richard S. Bass* _____

Attorney for Petitioner: *Richard S. Bass*
                             *Law Office of Richard S. Bass*
                             *2021 Midwest Road*
                             *Oak Brook IL  60521*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Joe E. Jones*
    *and*
    *Tracy L. Amos-Jones*

Case No.
Chapter  *13*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Joe E. Jones* _____
Debtor

*/s/ Tracy L. Amos-Jones* _____
Joint Debtor

ACS Student Loan Services
Attn: Bankruptcy Dept
PO Box 7051
Utica, NY  13504-7051

Academy Collection Sv
Acct: Capital One
10965 Decatur Rd
Philadelphia, PA  19154-3210

AMO Recoveries
Acct: Central Professional Grp
6737 W. Washington St #1318
West Allis, WI  53214

Arrow Financial Service
Acct: First Premier Bank
5996 W. Touhy
Niles, IL  60714-4610

Aspen Mastercard
Attn: Bankruptcy Dept
PO Box 105555
Atlanta , GA  30348-5555

Aspire Visa
Attn Bankruptcy Dept
PO Box 105555
Atlanta , GA  30348-5555

AT&T Broadband
Attn Collection Dept
PO Box 173885
Denver, CO  80217-3885

Avalon Receivables
Acct: Payday Express
PO Box 959084
Hoffman Estates, IL  60195

Baker. Miller Markoff Krasny
Acct: Cottonwood Financial
11 S. LaSalle St.  10th Floor
Chicago, IL  60603-1203

Chadwicks of Boston
PO Box 4400
Taunton, MA  02780-7359

Chase Home Finance
Attn Bankruptcy Dept
3415 Vision Drive
Columbus, OH  43219-6009

Chex Systems
Acct: First Midwest Bank
1550 E. 79th St
Minneapolis, MN  55425

CitiFinancial Services Inc
Attn: Bankruptcy Dept
3078 Caton Farm Road
Joliet, IL  60535

CNAC Financial
Attn: Bankruptcy Dept
2345 N. Jefferson St
Joliet, IL  60435

Coldata Corp
Acct: Prime Co Communications
PO Box 2998
Valley Stream, NY  11582

Collectech Systems
Acct:Nationwide Equipment Co
PO Box 4157
Woodland Hills, CA  91365

Collection Professionals Inc
Acct: Plainfield Pediatric
PO Box 841
Joliet, IL  60434-0841

Continental Collection Bureau
Acct: Wilson Suede & Leather
PO Box 40441
Rochester, NY  14604-0941

Credit Protection Associates
Acct: AT&T Broadband
13355 Noel Rd
Dallas, TX  75240

Creditor Discount & Audit
Acct: Health Service Systems
PO Box 213
Streator, IL  61364

Creditor Discount & Audit
Acct: Dr.  David Rubis
PO Box 213
Streator, IL  61364

Creditors Collection Bureau
Acct: Digestive Disease Clinic
PO Box 1210
Oaks, PA  19456

First National Collection Bur.
Acct: Cross Country Bank
610 Waltham Way
Sparks, NV  89434

G.R.S. Inc
Acct: Pay Day (Bolingbrook)
9415 S. Western Ave  #100
Chicago, IL  60620

GC Services Collections
Acct: AT&T
6330 Gulfton
Houston, TX  77081

Global Control Inc
Acct: Citzens Utlity Co
PO Box 750
Geneva, OH  44041

Harvard Collection
Acct: ILL Dept Public Aid
4839 N. Elston Ave
Chicago, IL  60630

Health Service System
Acct: Silver Cross Med Ctr
PO Box 68
Joliet, IL  60432

Health Service Systems
PO Box 68
Joliet, IL  60434-0068

Illinois Collection Svc
Acct: Loyola Univ Physicians
PO Box 646
Oak Lawn, IL  60454-0646

Illinois Collection Svc
Acct: Loyola Univ Phys
PO Box 646
Oak Lawn, IL  60454-0646

Illinois Dept Employ Security
Attn Bankruptcy Dept
PO Box 6996  Banking Unit
Chicago, IL  60680

Illinois Dept of Public Aid
Attn Child Support Enforcement
PO Box 19119
Springfield, IL  62794-9119

Illinois Dept of Revenue
Attn Bankruptcy Level-13
100 W. Randolph St
Springfield, IL  60606

Illinois Dept of Revenue
Atn: Bankruptcy Dept Level 7-4
PO Box 19407
Springfield, IL  62794-9407

Internal Revenue Service
Attn Bankruptcy Dept
200 S. Adams St  #2300
Chicago, IL  60606-5208

Internal Revenue Service
Mail Stop 5010 CHI-Bankruptcy
230 S. Dearborn St.
Chicago, IL  60604

Law Office Heller & Frisone
Acct: Jewel Food Store
33 N. LaSalle St  #300
Chicago, IL  60603-1203

Law Office of Wexler & Wexler
Acct: Empress Casino Joliet
500 W. Madison St  #2910
Chicago, IL  60661

Loyola Univ Phyisician Fdn
Attn: Patient Accts
PO Box 95994
Chicago, IL  60694-5009

MCI Phone
PO Box 17890
Denver, CO  80217-0890

NCO Collections
Acct: Illinois Dept Revenue
PO Box 15270
Wilmington, DE  19850

NCO Collections
Acct: ILL Dept of Public Aid
15270
Wilmington, DE  19850

Nicor Gas
Attn Bankruptcy Dept
PO Box 549
Aurora, IL  60507-0000

Park Dansan Collection
Acct: MCI Communications
113 W. Third Ave
Gastonia , NC  28052

Pay Day Loan Store
Attn: Bankruptcy Dept
1551-A Plainfield Rd
Joliet, IL  60435

Peninsula Credit Bureau
Acct: Newport News Inc
PO Box 6497
Newport News, VA  23606-00

Primary Care Phys Essington
36153 Treasury Center
Chicago, IL  60694-6100

Primary Care Physicians
36153 Treasury Center
Chicago, IL  60694-6100

Professional Account Manag
Acct: TCF Bank
PO Box 391
Milwaukee, WA  53201-0391

Professional American Collecti
Acct: Enterprse Rent A Car
101 Overland Drive
North Aurora, IL  60542

Receivable Performance Corp
Attn: Sprint PCS
1930 220th SE   #101
Bothell, WA  98021

Risk Managaement Alternative
Acct: WFNNB
PO Box 105236
Atlanta , GA  30348-000

Silver Cross Hospital
Attn Patient Accts
1200 Maple St
Joliet, IL  60432

U.S. Dept of Education
Attn Bankruptcy Dept
PO Box 5609
Greenville, TX  75403-5609

University of Phoenix
Attn: Corp Process-Collection
4615 East Elwod
Phoenix , AZ  85040

Xelco Collection Service
Acct: Joliet Emergency Phys
PO Box 378130
Denver, CO  80237-8130